In the Matter of the Claim of FLORENCE J. MAGILL, Appellant, against CUNARD WHITE STAR LIMITED, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

Submitted September 28, 1937; decided October 12, 1937.

*Jeremiah F. Connor* for appellant.

*Thaddeus G. Cowell* for Cunard White Star Limited, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.